UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

**CALVIN JACKSON,**

                                                **Plaintiff,**

      **-v.-**

                                           **Civil Action No.
                                           9:04-cv-340 (GLS/GHL)**

**R. MILICEVIC, Medical Director,
Eastern NY Correctional Facility;
M. GUSMAN, Doctor, Eastern NY
Correctional Facility; and R. RIORDAN,
Nurse Administrator, Eastern NY
Correctional Facility,**

                                               **Defendants.**

--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

CALVIN JACKSON
Plaintiff Pro Se
97-A-4561
Walkill Correctional Facility
Box G
Wallkill, New York 12589

**FOR THE DEFENDANTS:**

HON. ANDREW M. CUOMO         JEFFREY P. MANS, ESQ.
Attorney General for the
   State of New York
The Capitol
Albany, New York 12224


GARY L. SHARPE,
U.S. DISTRICT JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed May 9, 2007.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge George H. Lowe filed May 9, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Defendants' motion for summary judgment (Docket No. 40) is **GRANTED** as, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED

Dated:   May 31, 2007
         Albany, New York

Gary L. Sharpe
U.S. District Judge

2